IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. _____ ) |
| PETTERS GROUP WORLDWIDE, LLC, POLAROID CORPORATION, and WESTINGHOUSE DIGITAL ELECTRONICS, LLC, | ) **JURY TRIAL DEMANDED** ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b), Plaintiff Samsung Electronics Co., Ltd., by its undersigned attorneys, states that Samsung Electronics Co., Ltd. has no public company that owns 10% or more stock of Samsung Electronics Co., Ltd.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Garrard R. Beeney
Emma Gilmore
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000

Dated: June 10, 2008
868517 / 33215

*Attorneys for Plaintiff*
*Samsung Electronics Co., Ltd.*