AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of Delaware

Samsung Electronics Co., Ltd.,

    Plaintiff

v.                                    Civil Action No.  08-348

Petters Group Worldwide, LLC,
Polaroid Corporation, and Westinghouse
Digital Electronics, LLC

    Defendants

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Petters Group Worldwide, LLC
National Registered Agents, Inc.
160 Greentree Drive
Suite 101
Dover, DE  19904

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Richard L. Horwitz (#2246)  / David E. Moore (#3983)
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street,   Wilmington, DE 19899-0951

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER T. DALLEO**
Name of clerk of court

Date: JUN 1 0 2008

Deputy clerk's signature

*(Use 60 days if the defendant is United States or a United States agency, or is an officer or employee of the Unites States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _6-11-08 at 2:21 P.M._
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_Debbie Sealand at National Registered Agents Inc_ or at _2:21 P.M._

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _6-11-08_

_[signature]_
Server's signature

_Bryan Steilkie / Process Server_
Printed name and title

_15 East North Street_
Server's address
_Dover DE 19901_