AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of Delaware

Samsung Electronics Co., Ltd.,

    Plaintiff

v.                                        Civil Action No. \_\_08-348\_\_

Petters Group Worldwide, LLC,
Polaroid Corporation, and Westinghouse
Digital Electronics, LLC,

    Defendants

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Westinghouse Digital Electronics, LLC
c/o David O Chen
12150 Mora Drive
Santa Fe Springs, CA 90670

A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Richard L. Horwitz (#2246) / David E. Moore (#3983)
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street,   Wilmington, DE 19899-0951

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: JUN 10 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the Unites States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 6/13/08 @ 2:10 p.m., by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is SILVIA RAMIREZ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 6/10/08

Server's signature

Livingston Beckford – Process Server
Printed name and title

P.O. 91985 Long Beach, Ca. 90807
Server's address

State of California
County of Los Angeles
On June 16, 2008 before me, Amy J. Fisher a notary public, personally appeared Livingston Beckford who proved on the basis of satisfactory evidence to be the person who appeared before me.

Amy J Fisher



AMY J. FISHER
Commission # 1679303
Notary Public - California
Los Angeles County
My Comm. Expires Jul 29, 2010