IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SAMSUNG ELECTRONICS CO., LTD.,** § § | |
| Plaintiff, § § | |
| § | C.A. No. 1:08-CV-00348 GMS |
| v. § § | |
| **PETTERS GROUP WORLDWIDE, LLC; POLAROID CORPORATION; and WESTINGHOUSE DIGITAL ELECTRONICS, LLC** § § § § § | |
| Defendant. § § | |

## ENTRY OF APPEARANCE

Without waiver of any Affirmative Defenses, please enter the appearance of Michael P. Kelly, Esquire, Andrew S. Dupre, Esquire and Daniel M. Silver, Esquire of McCarter & English, LLP on behalf of Defendants Petters Group Worldwide, LLC and Polaroid Corporation in the above-captioned matter.

|  |  |
|---|---|
|  | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | /s/ Daniel M. Silver |
|  | Michael P. Kelly (#2295) |
| James P. Muraff, Esq. | Andrew S. Dupre (#4621) |
| Lee J. Eulgen, Esq. | Daniel M. Silver (#4758) |
| Gregory J. Leighton, Esq. | Renaissance Centre |
| NEAL, GERBER & EISENBERG, LLP | 405 North King Street, 8th Floor |
| 2 N. LaSalle Street, Suite 2200 | Wilmington, DE 19801 |
| Chicago, IL 60602-3801 | (302) 984-6300 telephone |
| (312) 269-8034 telephone | (302) 984-6399 facsimile |
| (312) 269-1747 facsimile | mkelly@mccarter.com |
| jmuraff@ngelaw.com | adupre@mccarter.com |
|  | dsilver@mccarter.com |
|  | *Attorneys for Defendants Petters Group Worldwide, LLC and Polaroid Corporation* |

Dated: June 24, 2008

ME1 7463401v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> PETTERS GROUP WORLDWIDE, LLC; POLAROID CORPORATION; and WESTINGHOUSE DIGITAL ELECTRONICS, LLC <br><br> Defendant. | § § § § § § § § § § § § § § § §   C.A. No. 1:08-CV-00348 GMS |

### CERTIFICATE OF SERVICE

I, Daniel M. Silver, hereby certify that a true and correct copy of the above and foregoing **Entry of Appearance** was served on the 24th day of June, 2008 via first class mail upon the following:

>Richard L. Horwitz, Esq.
>Potter, Anderson & Corroon, LLP
>Hercules Plaza
>1313 N. Market Street, 6th Floor
>P.O. Box 951
>Wilmington, DE  19899-0951

>/s/ Daniel M. Silver
>Daniel M. Silver (#4758)
>McCARTER & ENGLISH, LLP
>Renaissance Centre
>405 N. King Street, 8th Floor
>Wilmington, DE  19801

Dated:  June 24, 2008

ME1 7463401v.1