IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | Civil Action |
| Plaintiff, | No. 08-348 (GMS) |
| v. | |
| PETTERS GROUP WORLDWIDE, LLC, POLAROID CORPORATION and WESTINGHOUSE DIGITAL ELECTRONICS, LLC | |
| Defendant. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Daniel M. Silver, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, hereby respectfully moves for the admission *pro hac vice* of James P. Muraff, Esquire, of the firm Neal, Gerber & Eisenberg, LLP, to represent Defendants Petters Group Worldwide, LLC and Polaroid Corporation in this matter. The Admittee is a member in good standing of the Bar of Illinois, is admitted to practice before the U.S. District Court for the Northern District of Illinois and the U.S. District Court for the Central District of Illinois, and is not currently under suspension or subject to other disciplinary action with respect to his practice.

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (DE ID# 2295)
Andrew S. Dupre (DE ID# 4621)
Daniel M. Silver (DE ID# 4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300 telephone
(302) 984-6399 facsimile
dsilver@mccarter.com
*Attorneys for Defendants Petters Group Worldwide, LLC and Polaroid Corporation*

Dated: June 24, 2008

ME1 7476450v.1

## CERTIFICATION

Pursuant to District Court Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing in the jurisdictions shown in the paragraph above; and pursuant to Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been or promptly will be paid to the Clerk of the Court for the District Court.

Date: June 23, 2008    By: _____
James P. Muraff, Esquire
NEAL, GERBER & EISENBERG, LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 269-8000 telephone
(312) 269-1747 facsimile

**Motion Granted.**

BY THE COURT:

Date:_____

_____
CHIEF UNITED STATES DISTRICT JUDGE

ME1 7476450v.1