IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | : | Civil Action |
| Plaintiff, | : | No. 08-348 (GMS) |
| v. | : | |
| PETTERS GROUP WORLDWIDE, LLC, POLAROID CORPORATION and WESTINGHOUSE DIGITAL ELECTRONICS, LLC | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Daniel M. Silver, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, hereby respectfully moves for the admission *pro hac vice* of Gregory J. Leighton, Esquire, of the firm Neal, Gerber & Eisenberg, LLP, to represent Defendants Petters Group Worldwide, LLC and Polaroid Corporation in this matter. The Admittee is a member in good standing of the Bar of Illinois and is not currently under suspension or subject to other disciplinary action with respect to his practice.

                              McCARTER & ENGLISH, LLP

                              /s/ Daniel M. Silver
                              Michael P. Kelly (DE ID# 2295)
                              Andrew S. Dupre (DE ID# 4621)
                              Daniel M. Silver (DE ID# 4758)
                              Renaissance Centre
                              405 N. King Street, 8th Floor
                              Wilmington, DE 19801
                              (302) 984-6300 telephone
                              (302) 984-6399 facsimile
                              dsilver@mccarter.com
                              *Attorneys for Defendants Petters Group*
Dated: June 24, 2008            *Worldwide, LLC and Polaroid Corporation*

ME1 7476471v.1

## CERTIFICATION

Pursuant to District Court Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing in the jurisdictions shown in the paragraph above; and pursuant to Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been or promptly will be paid to the Clerk of the Court for the District Court.

Date: 6/23/08

By: _____
Gregory J. Leighton, Esquire
NEAL, GERBER & EISENBERG, LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 269-8000 telephone
(312) 269-1747 facsimile

**Motion Granted.**

**BY THE COURT:**

Date:_____

_____
CHIEF UNITED STATES DISTRICT JUDGE

ME1 7476471v.1