IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 08-348 (GMS) |
| PETTERS GROUP WORLDWIDE, LLC, | ) | |
| POLAROID CORPORATION, and | ) | |
| WESTINGHOUSE DIGITAL | ) | |
| ELECTRONICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of defendant Westinghouse Digital Electronics, LLC ("Westinghouse") to answer, move, or otherwise respond to the Complaint is hereby extended through and including August 4, 2008. This 30-day extension is requested to permit Westinghouse adequate time to review and respond to the allegations of the Complaint.

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz

Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
  Attorneys for Plaintiff Samsung
  Electronics Co., Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden

Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  Attorneys for Defendant Westinghouse
  Digital Electronics, LLC

- 2 -

SO ORDERED this _____ day of _____, 2008.

_____
Sleet, C.J.

2382293