IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br> LG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> PETTERS GROUP WORLDWIDE, LLC, <br> POLAROID CORPORATION, and <br> WESTINGHOUSE DIGITAL <br> ELECTRONICS, LLC, <br><br> Defendants. | C.A. No. 08-348 (GMS) |

## STIPULATION AND ORDER

WHEREAS plaintiffs filed an Amended Complaint on August 1, 2008 (D.I. 16) which adds an additional party and patent;

AND WHEREAS defendant Westinghouse Digital Electronics, LLC ("Westinghouse") requests an approximately two-week extension of time to consider and respond to the new allegations;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Westinghouse's time to answer, move, or otherwise respond to the Amended Complaint is hereby extended through and including September 3, 2008.

- 2 -

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ David E. Moore* | */s/ Karen Jacobs Louden* |
| Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> 1313 N. Market Street, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> *Attorneys for Plaintiff Samsung Electronics Co., Ltd. and LG Electronics Co., Ltd.* | Karen Jacobs Louden (#2881) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> klouden@mnat.com <br> *Attorneys for Defendant Westinghouse Digital Electronics, LLC* |

SO ORDERED this _____ day of _____, 2008.

_____
Sleet, C.J.

2437422