IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
SAMSUNG ELECTRONICS CO., LTD.,          :
LG ELECTRONICS CO., LTD.,               :
                                        :
                Plaintiffs,             :
                                        :
        v.                              :    C.A. No. 08-348 (GMS)
                                        :
PETTERS GROUP WORLDWIDE, LLC,           :
POLAROID CORPORATION, and               :
WESTINGHOUSE DIGITAL                    :
ELECTRONICS, LLC,                       :
                                        :
                Defendants.             :
------------------------------------------------------x
```

**STIPULATED MOTION FOR EXTENSION OF TIME
TO ANSWER AMENDED COMPLAINT**

Plaintiff, Samsung Electronics Co., Ltd. ("Samsung") filed a First Amended Complaint on August 1, 2008, which adds an additional party plaintiff, LG Electronics Co., Ltd ("LG"), and an additional patent to this case. Defendants Petters Group Worldwide, LLC ("Petters") and Polaroid Corporation ("Polaroid") hereby respectfully request an extension of time until September 3, 2008 to consider and respond to the allegations in the First Amended Complaint. This extension is being requested because: (1) Petters and Polaroid require additional time to assess and respond to the allegations of LG; and (2) Defendant Westinghouse Digital Electronics, LLC received an extension until September 3, 2008 to respond to the First Amended Complaint, so there will be no delay in the proceedings as result of the extension sought by Petters and Polaroid. Plaintiffs consent to this extension.

ME1 7641782v.1

WHEREFORE, Petters and Polaroid respectfully request the Court grant them an extension until September 3, 2008 to respond to the First Amended Complaint.

                                                             McCarter & English, LLP

Dated: August 18, 2008        By:    /s/ Daniel M. Silver
                                                        Michael P. Kelly (DE ID# 2295)
                                                        Andrew S. Dupre (DE ID# 4621)
                                                        Daniel M. Silver (DE ID# 4758)
                                                        Renaissance Centre
                                                        405 N. King Street, 8th Floor
                                                        Wilmington, DE 19801
                                                        (302) 984-6300

                                                        Counsel for Polaroid Corporation and
                                                        Petters Group Worldwide, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br> LG ELECTRONICS CO., LTD., | : <br> : <br> : | |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | C.A. No. 08-348 (GMS) |
| PETTERS GROUP WORLDWIDE, LLC, <br> POLAROID CORPORATION, and <br> WESTINGHOUSE DIGITAL <br> ELECTRONICS, LLC, | : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

---

## [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2008, Defendants Petters Group Worldwide, LLC and Polaroid Corporation's Stipulated Motion for an Extension of Time to Respond to the First Amended Complaint is GRANTED. Defendants Petters Group Worldwide, LLC and Polaroid Corporation shall file a response to the First Amended Complaint no later than September 3, 2008.

_____
Chief District Judge Gregory M. Sleet

ME1 7641782v.1