IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., LG ELECTRONICS CO., LTD., | ) ) ) ) |
| Plaintiff, | ) ) C.A. No. 08-348 (GMS) ) |
| v. | ) ) ) |
| PETTERS GROUP WORLDWIDE, LLC, POLAROID CORPORATION, and WESTINGHOUSE DIGITAL ELECTRONICS, LLC, | ) ) ) ) ) |
| Defendant. | ) ) |

**WESTINGHOUSE DIGITAL ELECTRONICS, LLC'S RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant Westinghouse Digital Electronics, LLC states that its parent corporation is Nexis, Inc. and that there is no publicly owned corporation that owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
　*Attorneys for Defendant Westinghouse Digital Electronics, LLC*

OF COUNSEL:

Andrew B. Grossman
PILLSBURY WINTHROP SHAW
 PITTMAN, LLP
725 South Figueroa Street, Ste. 2800
Los Angeles, CA  90017
(213) 488-7100

September 3, 2008

2472535

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 3, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>David E. Moore
>Daniel M. Silver

I also certify that copies were caused to be served on September 3, 2008, upon the following in the manner indicated:

>**BY EMAIL**
>
>Richard L. Horwitz
>David E. Moore
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE  19899
>
>Michael P. Kelly
>Andrew S. Dupre
>Daniel M. Silver
>McCarter English, LLP
>Renaissance Centre
>405 N. King Street, 8th Flr.
>Wilmington, DE  19801

>>*/s/ Karen Jacobs Louden*
>>_____
>>Karen Jacobs Louden (#2881)