IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., LG ELECTRONICS CO., LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-348 (GMS) |
| v. | ) ) | |
| PETTERS GROUP WORLDWIDE, LLC, POLAROID CORPORATION, and WESTINGHOUSE DIGITAL ELECTRONICS, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Andrew B. Grossman, Mark R. Kendrick, and Carolyn S. Lu of the law firm of Pillsbury Winthrop Shaw Pittman LLP, 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406 to represent defendant Westinghouse Digital Electronics, LLC in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
   *Attorneys for Defendant*
   *Westinghouse Digital Electronics, LLC*

September 4, 2008
2472874

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____  _____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 9/3/2008

Andrew B. Grossman
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7100

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 9/4/2008

Mark R. Kendrick
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7541

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 9.3.08

Carolyn S. Lu
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7100

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 4, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>David E. Moore
>Daniel M. Silver

I also certify that copies were caused to be served on September 4, 2008, upon the following in the manner indicated:

### BY EMAIL

>Richard L. Horwitz
>David E. Moore
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899

>Michael P. Kelly
>Andrew S. Dupre
>Daniel M. Silver
>McCarter English, LLP
>Renaissance Centre
>405 N. King Street, 8th Flr.
>Wilmington, DE 19801

/s/ *Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)