**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and LG ELECTRONICS CO., LTD., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 08-348-GMS |
| PETTERS GROUP WORLDWIDE, LLC, POLAROID CORPORATION, and WESTINGHOUSE DIGITAL ELECTRONICS, LLC, | : : : : : | |
| Defendants. | : | |

**PETTERS GROUP WORLDWIDE, LLC'S DISCLOSURE**
**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petters Group Worldwide, LLC, by and through its undersigned counsel, hereby files this Statement Regarding Corporate Ownership and states that Petters Group Worldwide, LLC is a privately-held company with no publicly-held parent corporation holding a 10% or greater interest in Petters Group Worldwide, LLC.

ME1 7685043v.1

|  |  |  |
|---|---|---|
|  | | Respectfully submitted, |
| Dated: September 5, 2008 | By: | /s/ Daniel M. Silver |

Michael P. Kelly (DE ID# 2295)
Andrew S. Dupre (DE ID# 4621)
Daniel M. Silver (DE ID# 4758)
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300 telephone
(302) 984-6399 facsimile
dsilver@mccarter.com

Lee J. Eulgen (admitted pro hac vice)
James P. Muraff (admitted pro hac vice)
Gregory J. Leighton (admitted pro hac vice)
Neal, Gerber & Eisenberg LLP
2 North La Salle Street
Suite 2200
Chicago, Illinois 60602
(312)269-8000

Counsel for Polaroid Corporation and
Petters Group Worldwide, LLC

ME1 7685043v.1