IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and LG ELECTRONICS CO., LTD., | : : : | |
| Plaintiffs, | : : : | |
| v. | : : | C.A. No. 08-348-GMS |
| PETTERS GROUP WORLDWIDE, LLC, POLAROID CORPORATION, and WESTINGHOUSE DIGITAL ELECTRONICS, LLC, | : : : : : : | |
| Defendants. | : | |

**POLAROID CORPORATION'S DISCLOSURE
STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Polaroid Corporation, by and through its undersigned counsel, hereby files this Statement Regarding Corporate Ownership and states that Polaroid Corporation is a wholly-owned subsidiary of Petters Group Worldwide, LLC, a privately-held company, with no publicly-held parent corporation holding a 10% or greater interest in Petters Group Worldwide, LLC.

ME1 7685551v.1

|  |  |  |
|---|---|---|
|  | Respectfully submitted, |  |
| Dated: September 5, 2008 | By: | /s/ Daniel M. Silver |

             Michael P. Kelly (DE ID# 2295)
             Andrew S. Dupre (DE ID# 4621)
             Daniel M. Silver (DE ID# 4758)
             McCarter & English, LLP
             Renaissance Centre
             405 N. King Street, 8th Floor
             Wilmington, DE 19801
             (302) 984-6300 telephone
             (302) 984-6399 facsimile
             dsilver@mccarter.com

             Lee J. Eulgen (admitted pro hac vice)
             James P. Muraff (admitted pro hac vice)
             Gregory J. Leighton (admitted pro hac vice)
             Neal, Gerber & Eisenberg LLP
             2 North La Salle Street
             Suite 2200
             Chicago, Illinois 60602
             (312)269-8000

             Counsel for Polaroid Corporation and
             Petters Group Worldwide, LLC