IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., LG ELECTRONICS INC., and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>PETTERS GROUP WORLDWIDE, LLC, POLAROID CORPORATION, WESTINGHOUSE DIGITAL ELECTRONICS, LLC and WESTINGHOUSE DIGITAL, LLC,<br><br>Defendants. | C.A. No. 08-348-GMS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND (PROPOSED) ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiffs Samsung Electronics Co., Ltd., LG Electronics, Inc. and The Trustees of Columbia University in the City of New York, and the sole remaining defendant, Westinghouse Digital, LLC, through their undersigned attorneys, that the above-captioned action is voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorney's fees, costs and other expenses.

IT IS HEREBY ORDERED that the Clerk of Court shall administratively close this action.

| WHITEFORD TAYLOR PRESTON LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Scott G. Wilcox* | /s/ *Stephanie E. O'Byrne* |
| Daniel A. Griffith (#4209)<br>Scott G. Wilcox (#3882)<br>1220 Market Street, Suite 608<br>Wilmington, DE 19801<br>Tel: (302) 357-3255<br>dgriffith@wtplaw.com<br>swilcox@wtplaw.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com |
| *Attorneys for Defendant Westinghouse Digital, LLC* | *Attorneys for Plaintiffs Samsung Electronics Co., Ltd., LG Electronics Inc. and The Trustees of Columbia University in the City of New York.*<br><br>OF COUNSEL:<br><br>Garrard R. Beeney<br>William J. Snipes<br>Emma Gilmore<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-4000<br><br>Anthony C. Coles<br>PROSKAUER ROSE L.L.P.<br>1585 Broadway<br>New York, NY 10036<br>Tel: (212) 969-3138 |
| Dated: September 10, 2015<br>1203250/33125 | |

SO ORDERED this 11th day of Sept, 2015.

_____
United States District Judge